Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, LOUIS NAIMAN, and BLAKE COOLEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 10, inclusive, and each of them, <br><br> Defendants. | Case No. 2:20-cv-08012-SVW-RAO <br><br> **STIPULATION AND PROPOSED ORDER TO STAY ACTION** <br><br> **Honorable Stephen V. Wilson** |

Pursuant to Local Rule 7.1, Plaintiffs, Terry Fabricant, Louis Naiman, and Blake Cooley (collectively "Plaintiffs"), and Defendant, State Farm Mutual Automobile Insurance Company ("Defendant"), by and through their undersigned counsels of record, hereby stipulate and agree as follows:

///

///

WHEREAS, on December 4, 2020, Defendant filed its Notice of Motion and Motion to Dismiss the Complaint or, in the Alternative, to Stay the Action (Document #14); and

WHEREAS, said Motion is set for a hearing before the Court on January 4, 2021 at 1:30 p.m.; and

WHEREAS, pursuant to Local Rule 7-9, Plaintiffs' response in opposition to said Motion is due on or before December 14, 2020; and

WHEREAS, Plaintiffs are in agreement to staying this action pending the United States Supreme Court's ruling in *Facebook, Inc. v. Duguid, et al.,* Supreme Court Dkt. No. 19-511;

NOW, THEREFORE, Plaintiffs and Defendant hereby stipulate and agree as follows:

1. That this Action be stayed pending the United States Supreme Court's ruling in *Facebook, Inc. v. Duguid, et al.*;

2. That Defendant's Motion to Dismiss shall be removed from the Court's calendar without prejudice to its refiling by Defendant; and

3. That Defendant shall file a responsive pleading to Plaintiffs' Complaint within 30 days after the United States Supreme Court's ruling in *Facebook, Inc. v. Duguid, et al.*

SO STIPULATED:

Dated:  December 10, 2020        Respectfully submitted,

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
  Todd M. Friedman
  Attorney for Plaintiffs Terry Fabricant, Louis Naiman, and Blake Cooley

///

| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | |
| 3 | By: /s/ Jay T. Ramsey |
| 4 | Jay T. Ramsey<br>Attorney for Defendant State Farm |
| 5 | Mutual Automobile Insurance Company |

STIPULATION AND ORDER TO STAY CASE

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On December 10, 2020, I served a true copy of the STIPULATION AND PROPOSED ORDER TO STAY ACTION on all counsel of record via the ECF Filing System:

Executed on December 10, 2020, at Woodland Hills, CA

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiffs