JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, LOUIS NAIMAN, and BLAKE COOLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 2:20-cv-08012-SVW-RAO<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION** |

Before the Court is the Parties' Stipulation to Stay Action. Having considered the Stipulation, and good cause appearing therefor, the Court grants the Parties' Stipulation and orders as follows:

This Action is stayed pending the United States Supreme Court's ruling in *Facebook, Inc. v. Duguid, et al*., Supreme Court Dkt. No. 19-511;

Defendant's Motion to Dismiss shall be removed from the Court's calendar

---
ORDER TO STAY ACTION

without prejudice to its refiling by Defendant; and

Defendant shall file a responsive pleading to Plaintiffs' Complaint within 30 days after the United States Supreme Court's ruling in *Facebook, Inc. v. Duguid, et al.*

IT IS SO ORDERED:

DATED: December 14, 2020   BY: /s/ Stephen V. Wilson
                               Honorable Stephen V. Wilson
                               United States District Judge