1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   Law Offices of Todd M. Friedman, P.C.
3  21550 Oxnard Street, Suite 780
4  Woodland Hills, CA 91367
   Telephone: 323-306-4234
5  Fax: 866-633-0228
6  tfriedman@toddflaw.com
   abacon@toddflaw.com
7  *Attorneys for Plaintiffs*
8
9  Fred R. Puglisi. (SBN 170652)
   Jay T. Ramsey (SBN 273160)
10 Valerie E. Alter (SBN 239905)
11 Sheppard, Mullin, Richter & Hampton LLP
   1901 Avenue of the Stars, Suite 1600
12 Los Angeles, CA 90067-6055
13 Telephone: 310-228-3700
   Fax: 310-228-3701
14 Fpuglisi@sheppardmullin.com
15 jramsey@sheppardmullin.com
   valter@sheppardmullin.com
16 *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*
17

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY FABRICANT, *et al.*, individually, and on behalf of all others similarly situated, | Case No. 2:20-cv-08012-SVW-RAO |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1-10, inclusive, and each of them, | |
| Defendants. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiffs' individual claims, and without prejudice as to the putative Class, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court.

Dated:  April 15, 2021               Respectfully Submitted,

                                     /s/ Todd M. Friedman
                                     Todd M. Friedman (SBN 216752)
                                     *Attorney for Plaintiff*

                                     /s/ Jay T. Ramsey
                                     Jay T. Ramsey (SBN 273160)
                                     *Attorney for Defendant*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his authorization to affix his electronic signature to this document.

Dated: April 15, 2021

                    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                    By:   /s/Todd M. Friedman
                          Todd M. Friedman
                          Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On April 15, 2021 I served a true copy of the JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE on all counsel of record via the ECF Filing System:

Executed on April 15, 2021.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:     /s/ Todd M. Friedman
        TODD M. FRIEDMAN, ESQ.
        ATTORNEY FOR PLAINTIFF